# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES STOTT and LISI UMI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCLANE COMPANY, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:26-cv-05822-TMC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND TO STAY PROCEEDINGS PENDING MOTION TO REMAND** |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the Court **GRANTS** the Stipulation and **ORDERS** as follows, using the same defined terms as defined and used in the Stipulation:

1. Plaintiffs shall file any Motion to Remand on or before August 21, 2026.

2. This action, including MCI's deadline to respond to Plaintiffs' Complaint and all case scheduling deadlines, shall be and hereby is stayed until the entry of the Court's order ruling on the Motion to Remand, and thus, the Court's Scheduling Order is hereby vacated subject to being re-issued if the Court denies the Motion to Remand and MCI's MTCIA.


BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1114

3. If the Court denies the Motion to Remand, MCI shall file its MTCIA within 30 days after entry of the Court's order denying the Motion to Remand.

4. If the Court denies MCI's MTCIA, (1) MCI will file its intended MTD and (2) the Parties will submit a Proposed Order with agreed upon deadlines for the FRCP 26(f) conference, initial disclosures, and joint status report and discovery plan within 30 days after the latest of (a) the entry of the Court's order denying the MTCIA or (b) the remand back to this Court of the action after any appeal of such an order denying the MTCIA.

5. By agreeing to the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiffs' Complaint and/or the claims asserted therein.

**IT IS HEREBY ORDERED.**

DATED this 27th day of July, 2026.

Hon. Tiffany M. Cartwright
United States District Judge



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1114

Presented by:

**BAKER & HOSTETLER LLP**

*s/ Cornelia Brandfield-Harvey*
Phillip H. Wang, WSBA # 57647
Cornelia Brandfield-Harvey, WSBA # 59746
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1114
pwang@bakerlaw.com
cbrandfieldharvey@bakerlaw.com

Matthew C. Kane (*admitted PHV*)
California State Bar No. 171829
Amy E. Beverlin (*admitted PHV*)
California State Bar No. 284745
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4508
Tel: (310) 820-8800
mkane@bakerlaw.com
abeverlin@bakerlaw.com

*Attorneys for Defendant McLane Company, Inc.*

**CROSNER LEGAL, PC**

**ENTENTE LAW PLLC**

*/s/ James B. Pizl*
Jamie K. Serb (WSBA No. 62065)
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com

James B. Pizl (WSBA No. 28969)
Daniel J. Teimouri (WSBA No. 47965)
315 39th Avenue Southwest, Suite 13
Puyallup, WA 98373
jim@ententelaw.com
DTeimouri@ententelaw.com

*Attorneys for Plaintiffs James Stott and Lisi Umi*